

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00700-CR

Preston Jacorey **TRIPLETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 264th District Court, Bell County, Texas
Trial Court No. 68927
Honorable Martha Jane Trudo, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 22, 2013.

Sandee Bryan Marion, Justice